```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 15173
   WILLIAM H VANOSKEY
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-5616

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/17/06 and confirmed on 02/08/07.

     2.  The case was dismissed after confirmation, 01/11/2008.

     3.  The Debtor paid a total of $    6354.16 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
BENEFICIAL MORTGAGE CO O  CURRENT MORTG        .00           .00            .00
BENEFICIAL MORTGAGE CO O  MORTGAGE ARRE   26105.18           .00        2153.91
AMERICAN GENERAL FINANCE  MORTGAGE ARRE   16000.00           .00        1320.15
WILL COUNTY TREASURER     SECURED              .00           .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  42105.18        .00         .00          .00      42105.18
PRINCIPAL PAID       3474.06        .00         .00          .00       3474.06
INTEREST PAID            .00        .00         .00          .00            .00
TOTAL PAID           3474.06        .00         .00          .00       3474.06
The Debtor's attorney, DAVID M SIEGEL                  , was allowed $   3000.00
and was paid $    376.00  direct and $   2624.00  through the plan.

The Trustee received $    256.10 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 04/11/08                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
       CASE NO. 06 B 15173 WILLIAM H VANOSKEY
```